# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office/ante reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0824GA01 | Stephania Pasini | First Search Order - Premises | Floor | Desktop | E1YPC05 | Dell | Optiplex 7040 | 1B75282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 0824GA02 | Natalia Vereniktina | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | 6C75282 | Sandisk | SSD | 154770401317 | 240.00 | 2018/06/28 |
| 0824GA03 | Unknown | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | 8975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 0824GA04 | Utkal Tagaya | First Search Order - Premises | Floor | Desktop | E1YPC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934402295 | 240.00 | 2018/06/28 |
| 0824GA05 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | E1YPC09 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| 0824GA06 | Sandesh Dhomne | First Search Order - Premises | Floor | Pen Drive | N/A | Dell | Optiplex 7040 | N/A | Teta | ProductCode | 50371335024913174T | 8.00 | 2018/06/28 |
| 0824GA07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YPC01 | Dell | Optiplex 7040 | 6875282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 0824GA08 | Claudia | First Search Order - Premises | Floor | Desktop | E1YPT03 | Asus | UX30SL | EAN0C0771444431 12M | Seagate | ST5O0LM000-1EJ1 | W7860T76 | 500.00 | 2018/06/28 |
| 0824GA09 | Raghu (Intern) | First Search Order - Premises | Floor | Laptop | E1YPT03 | Asus | UX30SL | C02DV1895G27N | Apple | SSD | STP894T60364490 | 2000.00 | 2018/06/28 |
| 0824GA10 | Nicola Montsath | First Search Order - Premises | Floor | Desktop | EQU-MAC2 | Apple | iMAC All in one | C02T32896GTFA | Apple | SSD | C02703.3O2NAHCGX18 | 1000.00 | 2018/06/28 |
| 0824GA11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Laptop | EQU-MAC6 | Apple | Macbook Pro | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| 0824GA12 | Gildiee Mcquade | First Search Order - Premises | Floor | External HDD | N/A | Apple | iMAC All in one | C02DW0C26G7N | Sandisk | SSD | SP894H4265225 | 2000.00 | 2018/06/28 |
| 0824GA13 | Marta Lis | First Search Order - Premises | Floor | Desktop | EQU-MAC4 | Dell | Optiplex 7040 | HB75082 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 0824GA14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 0824GA15 | Marie Fernandes | First Search Order - Premises | Center office | Desktop | E1YPC03 | Dell | Optiplex 7040 | 8C75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 0824GA16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | EU1YE083 / E1YLPT22 | Apple | iPhone 7 Plus | C02DV145875K34 12M | Apple | HSST | SS00OS0NG6257PF | 1000.00 | 2018/06/28 |
| 0824GA17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | N/A |
| 0824GA18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | EU1YE010 | Apple | Optiplex 7040 | 7075282 | Sandisk | SSD | 154608404269 | N/A | 2018/06/28 |
| 0824GA19 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 7040 | N/A | Sandisk | DT50 G2 | 98403AE18E09 | 16.00 | 2018/06/28 |
| 0824GA20 | Varsha Mirznikov | First Search Order - Premises | Floor | Pen Drive | EQU-MAC3 | Apple | iMAC All in one | C02DV2C25G7N | Kingston | DT50 G2 | SP894YAG837310 | 2000.00 | 2018/07/01 |
| 0824GA21 | Natalia Vereniktina | First Search Order - Premises | Floor | Desktop | E1YPC010 | Apple | Optiplex 7040 | 4875282 | Sandisk | SSD | 154778402403 | 2000.00 | 2018/07/01 |
| 0824GA22 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | N/A | Dell | Optiplex 7040 | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| 0824GA23 | Usha Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC07 | Dell | Optiplex 7040 | 8G75282 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| 0824GA24 | Sanjay Shah | First Search Order - Premises | Floor | Laptop | E1YPT15 | Sony | VAIO / SVP132A1CM | 546280380038361 / Service | Sandisk | SSD | 535YHYA0623B61 | 120.00 | 2018/06/28 |
| 0824GA25 | Natalia Vereniktina | First Search Order - Premises | Floor | Desktop | N/A | Asus | UX30SL | N/A | N/A | SSD | N/A | N/A | 2018/06/28 |
| 0824GA26 | Wail Anwar | First Search Order - Premises | Floor | Desktop | EQU-MAC5 | Apple | iMAC All in one | C02DW2UR6G7N | Apple | SSD | SP894YAG873008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 0824GA27 | Unknown | First Search Order - Premises | Floor | Desktop | N/A | Apple | iMAC All in one | C07H714BD101 | Hitachi / Apple HDD | 32Z | 12306D51HHZP1C | 500.00 | 2018/07/01 |
| 0824GA28 | Unknown | First Search Order - Premises | Storage Cal | Desktop | N/A | Apple | MAC Mini | T3156NLA1ZL5LT | Sandisk | SSD | 12306YG6RT | 500.00 | 2018/07/01 |
| 0824GA29 | Unknown | First Search Order - Premises | Storage Cal | Desktop | N/A | Apple | MAC Mini | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 0824GA30 | Unknown | First Search Order - Premises | Storage Cal | Laptop | DVD | Dell | Optiplex 7040 | EAN0C0771D03439 12M | Seagate | STP00LM000-1EJ1 | W7860WGC | 500.00 | 2018/07/01 |
| 0824GA31 | Unknown | First Search Order - Premises | Floor | DVD | E1YLPT02 | Asus | UX30SL | C04GC143BD101E 12M | N/A | SSD | N/A | 0.18 | 2018/07/02 |
| 0824GA32 | Unknown | First Search Order - Premises | Floor | Laptop | E1YLPT08 | Apple | Macbook Pro - A1707 | N/A | N/A | N/A | SN4921ZL | 500.00 | 2018/07/01 |
| 0824GA33 | Natalia Vereniktina | First Search Order - Premises | Storage Cal | Laptop | E1YLPT06 | Asus | UX30SL | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 0824GA34 | Unknown | First Search Order - Premises | Floor | Laptop | E1YLPT08 | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 0824GA35 | Unknown | First Search Order - Premises | Floor | Laptop | E1YLPT06 | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 0824GA36 | Natalia Vereniktina | First Search Order - Premises | - | Office 365 | admin@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/01 |
| 0824GA37 | Unknown | First Search Order - Premises | - | Office 365 | asset@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 0824GA38 | Unknown | First Search Order - Premises | - | Office 365 | caitche@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 0824GA39 | Sanjay Shah | First Search Order - Premises | - | Office 365 | ceo@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 0824GA40 | Unknown | First Search Order - Premises | - | Office 365 | cfo@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 0824GA41 | Sandesh Dhomne | First Search Order - Premises | - | Office 365 | consultant@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 0824GA42 | Rashmi / Yotha / Mak | First Search Order - Premises | - | Office 365 | director@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 0824GA43 | Sanjay Shah | First Search Order - Premises | - | Office 365 | fd@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 0824GA44 | Unknown | First Search Order - Premises | - | Office 365 | finance@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.00 | 2018/07/02 |
| 0824GA45 | Stephania Pasini / Utk | First Search Order - UBS | - | Office 365 | it@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 0824GA46 | Wail Anwar | First Search Order - Premises | - | Office 365 | HR@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 0824GA47 | Multiple | First Search Order - Premises | - | Office 365 | Legal@ekyusumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 0824GA48 | Multiple | First Search Order - Premises | Floor | Laptop | od@ekyusumglobal.com | Asus | UX30SL | F1X0CL15S09505A 12M | HGST | HDD | S0A000SSG9NT8K | 1000.00 | 2018/07/02 |
| 0824GA49 | Multiple | First Search Order - Premises | - | Office 365 | E1YLTP06 | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| 0824GA50 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/15 |
| 0824GA51 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.33 | 2018/07/15 |
| 0824GA52 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 0824GA53 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 0824GA54 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 0824GA55 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 0824GA56 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/15 |
| 0824GA57 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/02 |
| 0824GA58 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 0824GA59 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 0824GA60 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| 0824GA61 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 0824GA62 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 0824GA63 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 0824GA64 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 0824GA65 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area / reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D92A6A43 | Multiple | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D92A6A44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | N/A | WXE1ES1C5LJ5 | 1000.00 | 2018/08/14 |
| D92A6A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | N/A | WX81A75EZXLJ | 1000.00 | 2018/08/17 |
| D92A6A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | N/A | WXF1E6S26KX7 | 3000.00 | 2018/07/17 (Failed) |
| D92A6A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | N/A | WXD1ES5C5P1E | 1000.00 | 2018/07/25 |
| D92A6A48 | Sanjay Shah | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D92A6A48 | Mark Fernandes | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D92A6A48 | Usha Shah | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D92A6A48 | Sandesh Dhomme | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D92A6A48 | Wasil Anwar | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D92A6A48 | Unknown_Admin | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D92A6A48 | Unknown_Asset | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D92A6A48 | Unknown_Catchall | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D92A6A48 | Unknown_CFO | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D92A6A48 | Unknown_Finance | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D92A6A48 | Unknown_HR | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D92A6A48 | Unknown_Legal | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D92A6A48 | Unknown_OO | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D92A6A49 | Sanjay Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D92A6A49 | Mark Fernandes | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D92A6A49 | Usha Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D92A6A49 | Sandesh Dhomme | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.82 | 2018/09/25 |
| D92A6A49 | Wasil Anwar | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D92A6A49 | Unknown_Admin | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D92A6A49 | Unknown_Asset | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.07 | 2018/09/25 |
| D92A6A49 | Unknown_Catchall | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D92A6A49 | Unknown_CFO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D92A6A49 | Unknown_Finance | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D92A6A49 | Unknown_HR | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.40 | 2018/09/25 |
| D92A6A49 | Unknown_Legal | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D92A6A49 | Unknown_OO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D92A6B001 | Philip Punwar | Provided by Legal Counsel | - | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D92A6D002 | Multiple | First Search Order - Premises | - | Backup and BIOS Cloud data & VBA content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D92A6V01 | Multiple | Remote Server Collection | - | DoitCafe DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D92A6V02 | Multiple | Remote Server Collection | - | VM Export (Elysium-DC elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D92A6V03 | Multiple | Remote Server Collection | - | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D92A6V04 | Multiple | Remote Server Collection | - | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**