# Exhibit 22


Solo Capital

| Albedo Management LLC<br>Roth 401(K) Plan<br>250 West 55th Street, New York, NY 10019-9710, United States of America | Quarter 1 - 2015 |
|---|---|

Invoice Breakdown - ALB01/Q1/2015

Custody and Clearing Fee                                               USD 21,924.00

**Total Amount Due**                                                    **USD 21,924.00**

Please see the below payment instructions:

Barclays Bank Plc,                        Currency: USD
260/262 Chingford Mount Road,             Account No: 64105155
South Chingford,                          Sort Code: 20-53-04
London,                                   IBAN: GB53 BARC 2053 0464 1051 55
E4 8JN                                    BIC Code: BARCGB22

*PLEASE NOTE:* *If you would like to pay this invoice in a currency other than USD please contact Solo Capital to receive Euro or GBP account details. If a different currency is paid into any of the accounts, you will be held liable to pay the difference.*

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

Page **1** of **5**

ELYSIUM-04123923



# Solo Capital

## Trade Breakdown
## Denmark
Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | NZYMB | NOVOZYMES A/S-B | BAS01 | DKK | 322.5000 | 779,397 | 251,355,532.50 | 25 February 2015 | 02 March 2015 |
| Buy | TDC | TDC A/S | BAS01 | DKK | 54.0000 | 2,562,185 | 138,357,990.00 | 05 March 2015 | 10 March 2015 |
| Buy | DSV | DSV A/S | BAS01 | DKK | 219.2000 | 596,378 | 130,726,057.60 | 12 March 2015 | 17 March 2015 |
| Buy | PNDORA | PANDORA A/S | BAS01 | DKK | 614.5000 | 465,653 | 286,143,768.50 | 18 March 2015 | 23 March 2015 |
| Buy | DANSKE | Danske Bank A/S | BAS01 | DKK | 175.3000 | 189,238 | 592,641,443.10 | 18 March 2015 | 23 March 2015 |
| Buy | DANSKE | Danske Bank A/S | BAS01 | DKK | 175.3000 | 3,191,489 | 592,641,443.10 | 18 March 2015 | 23 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | BAS01 | DKK | 341.9000 | 579,650 | 2,060,381,713.00 | 19 March 2015 | 24 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | BAS01 | DKK | 341.9000 | 1,089,324 | 2,060,381,713.00 | 19 March 2015 | 24 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | BAS01 | DKK | 341.9000 | 1,089,324 | 2,060,381,713.00 | 19 March 2015 | 24 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | BAS01 | DKK | 341.9000 | 1,089,324 | 2,060,381,713.00 | 19 March 2015 | 24 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | BAS01 | DKK | 341.9000 | 1,089,324 | 2,060,381,713.00 | 19 March 2015 | 24 March 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-04123923



| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | NOVOB | NOVO NORDISK A/S-B | BAS01 | DKK | 341.9000 | 1,089,324 | 2,060,381,713.00 | 19 March 2015 | 24 March 2015 |
| Buy | GN D | GN STORE NORD A/S | BAS01 | DKK | 154.2000 | 565,685 | 87,228,627.00 | 19 March 2015 | 24 March 2015 |
| Buy | TRYG | TRYG A/S | TJM01 | DKK | 868.5000 | 177,122 | 153,830,457.00 | 25 March 2015 | 30 March 2015 |
| Buy | CARLB | CARLSBERG AS-B | TJM01 | DKK | 571.5000 | 652,741 | 516,485,695.50 | 26 March 2015 | 31 March 2015 |
| Buy | CARLB | CARLSBERG AS-B | TJM01 | DKK | 571.5000 | 250,996 | 516,485,695.50 | 26 March 2015 | 31 March 2015 |
| Buy | FLS | FLSMIDTH & CO A/S | TJM01 | DKK | 314.0000 | 406,840 | 127,747,760.00 | 26 March 2015 | 31 March 2015 |
| Buy | MAERSKA | AP MOELLER-MAERSK A/S-A | BAS01 | DKK | 15,810.0000 | 23,597 | 624,779,580.00 | 30 March 2015 | 07 April 2015 |
| Buy | MAERSKA | AP MOELLER-MAERSK A/S-A | BAS01 | DKK | 15,810.0000 | 15,921 | 624,779,580.00 | 30 March 2015 | 07 April 2015 |
| Buy | VWS | VESTAS WIND SYSTEMS A/S | SUN01 | DKK | 290.2000 | 584,783 | 542,711,726.00 | 30 March 2015 | 07 April 2015 |
| Buy | VWS | VESTAS WIND SYSTEMS A/S | SUN01 | DKK | 290.2000 | 1,285,347 | 542,711,726.00 | 30 March 2015 | 07 April 2015 |
| Buy | MAERSKB | AP MOELLER-MAERSK A/S-B | BAS01 | DKK | 16,410.0000 | 22,734 | 658,172,280.00 | 30 March 2015 | 07 April 2015 |
| Buy | MAERSKB | AP MOELLER-MAERSK A/S-B | BAS01 | DKK | 16,410.0000 | 17,374 | 658,172,280.00 | 30 March 2015 | 07 April 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-04123923



## Solo Capital

Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | NZYMB | NOVOZYMES A/S-B | CON01 | DKK | 320.1105 | 779,397 | 249,493,163.37 | 25 February 2015 | 19 June 2015 |
| Sell | TDC | TDC A/S | LCL01 | DKK | 53.2397 | 2,562,185 | 136,409,960.74 | 05 March 2015 | 19 June 2015 |
| Sell | DSV | DSV A/S | CON01 | DKK | 217.9241 | 596,378 | 129,965,138.91 | 12 March 2015 | 19 June 2015 |
| Sell | PNDORA | PANDORA A/S | GGL01 | DKK | 607.6807 | 465,653 | 282,968,341.00 | 18 March 2015 | 19 June 2015 |
| Sell | DANSKE | Danske Bank A/S | GGL01 | DKK | 171.2147 | 3,380,727 | 578,830,159.09 | 18 March 2015 | 19 June 2015 |
| Sell | GN D | GN STORE NORD A/S | CON01 | DKK | 153.4809 | 565,685 | 86,821,842.92 | 19 March 2015 | 19 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | CON01 | DKK | 338.1132 | 6,026,270 | 2,037,561,433.76 | 19 March 2015 | 19 June 2015 |
| Sell | TRYG | TRYG A/S | GGL01 | DKK | 846.9944 | 177,122 | 150,021,342.12 | 25 March 2015 | 19 June 2015 |
| Sell | FLS | FLSMIDTH & CO A/S | GGL01 | DKK | 307.3119 | 406,840 | 125,026,773.40 | 26 March 2015 | 19 June 2015 |
| Sell | CARLB | CARLSBERG AS-B | GGL01 | DKK | 564.7130 | 903,737 | 510,352,032.48 | 26 March 2015 | 19 June 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | ALL01 | DKK | 14,965.5352 | 40,108 | 600,237,685.80 | 30 March 2015 | 19 June 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | CON01 | DKK | 14,365.7610 | 39,518 | 567,706,143.20 | 30 March 2015 | 19 June 2015 |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-04123923



| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | VWS | VESTAS WIND SYSTEMS A/S | CON01 | DKK | 287.2448 | 1,870,130 | 537,185,117.82 | 30 March 2015 | 19 June 2015 |

## Stock Loan

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lend | NZYMB | NOVOZYMES A/S-B | PML01 | DKK | 322.5000 | 779,397 | 251,355,532.50 | 27 February 2015 | 02 March 2015 | Fee Rate = 89.84, Interest rate = 70.00, Fixed | Fixed |
| Lend | TDC | TDC A/S | TRS01 | DKK | 54.0000 | 2,562,185 | 138,357,990.00 | 09 March 2015 | 10 March 2015 | Fee Rate = 89.53, Interest rate = 70.00, Fixed | Fixed |
| Lend | DSV | DSV A/S | NEO01 | DKK | 219.2000 | 596,378 | 130,726,057.60 | 16 March 2015 | 17 March 2015 | Fee Rate = 88.19, Interest rate = 70.00, Fixed | Fixed |
| Lend | PNDORA | PANDORA A/S | NEO01 | DKK | 614.5000 | 465,653 | 286,143,768.50 | 20 March 2015 | 23 March 2015 | Fee Rate = 86.05, Interest rate = 70.00, Fixed | Fixed |
| Lend | DANSKE | Danske Bank A/S | NEO01 | DKK | 175.3000 | 3,380,727 | 592,641,443.10 | 20 March 2015 | 23 March 2015 | Fee Rate = 86.05, Interest rate = 70.00, Fixed | Fixed |
| Lend | NOVOB | NOVO NORDISK A/S-B | PSL01 | DKK | 341.9000 | 6,026,270 | 2,060,381,713.00 | 23 March 2015 | 24 March 2015 | Fee Rate = 86.00, Interest rate = 70.00, Fixed | Fixed |
| Lend | GN D | GN STORE NORD A/S | PSL01 | DKK | 154.2000 | 565,685 | 87,228,627.00 | 23 March 2015 | 24 March 2015 | Fee Rate = 86.00, Interest rate = 70.00, Fixed | Fixed |
| Lend | TRYG | TRYG A/S | EQU01 | DKK | 868.5000 | 177,122 | 153,830,457.00 | 27 March 2015 | 30 March 2015 | Fee Rate = 86.77, Interest rate = 70.00, Fixed | Fixed |
| Lend | CARLB | CARLSBERG AS-B | EQU01 | DKK | 571.5000 | 903,737 | 516,485,695.50 | 30 March 2015 | 31 March 2015 | Fee Rate = 86.46, Interest rate = 70.00, Fixed | Fixed |
| Lend | FLS | FLSMIDTH & CO A/S | EQU01 | DKK | 314.0000 | 406,840 | 127,747,760.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 86.46, Interest rate = 70.00, Fixed | Fixed |

Solo Capital Partners LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 10 Exchange Square, Primrose Street, London, EC2A 2EN.
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number 123 3462 46)

ELYSIUM-04123923