# Exhibit 54

| | |
|---|---|
| **From:** | Richard Markowitz <rmarkowitz@argremgt.com> |
| **To:** | Rosenberg, Todd |
| **Sent:** | 9/14/2010 7:05:40 PM |
| **Subject:** | Re: Solo Agreement |

Right. I thought C&M agreed to work free??!!!

Richard Markowitz
Argre Management

---

**From:** Rosenberg, Todd <TRosenberg@crowell.com>
**To:** Richard Markowitz
**Sent:** Tue Sep 14 15:58:26 2010
**Subject:** Re: Solo Agreement

Right. Stated differently: They get x% of distributions in excess of Investment with no other hurdle or reimbursement of investor costs.

So much for my attempt to find a discount on C&M fees :)

---

**From:** Richard Markowitz
**To:** Rosenberg, Todd
**Sent:** Tue Sep 14 18:54:51 2010
**Subject:** Re: Solo Agreement

Just to be clear, the "net of" was to account for Fund expenses.

Richard Markowitz
Argre Management

---

**From:** Rosenberg, Todd <TRosenberg@crowell.com>
**To:** Richard Markowitz
**Sent:** Tue Sep 14 15:36:12 2010
**Subject:** RE: Solo Agreement

Rich,

Should the net profits allocated among Argre/Stor/Solo or Stor/Solo be net of expenses incurred by the applicable investor or is it just to be a share of whatever gets distributed from the investment vehicle?

**Todd D. Rosenberg, Esq.**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202-624-2689
Fax: 202-628-5116
Email: trosenberg@crowell.com

This e-mail is confidential and may be privileged.  Use or disclosure of it by anyone other than a designated recipient is unauthorized.  If you are not an intended recipient, please contact the sender at 202/624-2500 and delete this e-mail.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**　　　　　　　　WH_MDL_00342313

penalties that may be imposed on such taxpayer by the Internal Revenue Service.

---

**From:** Richard Markowitz [mailto:rmarkowitz@argremgt.com]
**Sent:** Tuesday, September 14, 2010 5:43 PM
**To:** Rosenberg, Todd
**Subject:** Re: Solo Agreement

Thanks. Don't rush, since my main goal is to get it to London by their morning (so I can get it late)


Richard Markowitz
Argre Management

---

**From:** Rosenberg, Todd <TRosenberg@crowell.com>
**To:** Richard Markowitz
**Sent:** Tue Sep 14 14:40:05 2010
**Subject:** Re: Solo Agreement


Yes. May be a bit on the late side, but definitely tonight.

Todd

---

**From:** Richard Markowitz
**To:** Rosenberg, Todd
**Sent:** Tue Sep 14 17:14:03 2010
**Subject:** Solo Agreement

Do you think I will get the redraft tonight?  (I thought you said so, but just wanted to confirm)

Thanks


Richard Markowitz
Argre Management

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**　　　　　　　　　WH_MDL_00342314