# Exhibit 124

# Confirmation

We have received your submission. Please confirm the following information and retain it for your records. Please track the status of your submission using the 'Track Status' function in the BSA E-Filing system.

| | |
|---|---|
| **Tracking ID:** | FF16-00557152 |
| **Receive Date/Time:** | 06/29/2016 21:36.08 PM |
| **Submission Type:** | FFBAR |
| **Owner Name:** | Michael Ben-Jacob |
| **Owner E-mail:** | michael.ben-jacob@kayescholer.com |
| **Filing Name:** | Avanix Management 2015 FBAR |

[ Close ]

CONFIDENTIAL    MBJ_0039364

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.



# Report of Foreign Bank and Financial Accounts

Version Number 1.0

FinCEN Form 114  OMB No. 1506-0009  Effective October 1, 2013

The FBAR must be received by the Department of Treasury on or before June 30th of the year immediately following the calendar year being reported. The June 30th filing date may not be extended

**Steps to Submit**
1. Complete the report in its entirety with all requested or required data known to the filer
2. Click "Validate" to ensure proper formatting and that all required fields are completed.
3. Sign with PIN.
4. Click "Save", filers may also "Print" a paper copy for their records.
5. Click "Submit"

**Filing name**  Avanix Management 2015 FBAR

By providing my PIN, I acknowledge that I am electronically signing the BSA report submitted.

**Sign with PIN**

**If this report is being filed late, select the reason for filing late**

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350. No report is required if the aggregate value of the accounts did not exceed $10,000

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**
Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on FinCEN 114 in accordance with 5 USC 552a (e) is Public Law 91-508, 31 USC 5314, 5 USC 301, 31 CFR 1010.350. The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103 24). The Social Security number will be used as a means to identify the individual who files the report. The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Financial Crimes Enforcement Network, P O Box 39, Vienna, VA 22183, Attn Office of Regulatory Policy

CONFIDENTIAL    MBJ_0039365

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

| | |
|---|---|
| 1 This report is for calendar year ended 12/31 | 2015   Amended ☐   Prior Report BSA Identifier |

## Part I  Filer Information

| | | |
|---|---|---|
| 2 Type of filer | Fiduciary or Other | Pension Plan |
| 3 U.S. Taxpayer Identification Number | 471341014 | |
| 3a TIN type | EIN | |
| 4 Foreign identification | | |
| a Type | | |
| b Number | | |
| c Country/Region of issue | | |
| 5 Individual's date of birth | | |
| 6 Last name or organization's name | Avanix Management LLC Roth 401(k) Plan | |
| 7 First name | | |
| 8 Middle name | | |
| 8a Suffix | | |
| 9 Address | c/o Avanix Management LLC, 250 West 55th Street | |
| 10 City | New York | |
| 11 State | NY | |
| 12 ZIP/postal code | 100199710 | |
| 13 Country/Region | US | |

14a Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes   Enter number of accounts [ ]   If "Yes" is checked do not complete Part II or Part III, but retain records of this information
☒ No

14b Does the filer have signature authority over but no financial interest in 25 or more financial accounts?

☐ Yes   Enter number of accounts [ ]   If "Yes" is checked Complete Part IV items 34 through 43 for each person on whose behalf the filer has signature authority.
☒ No

CONFIDENTIAL                                                                                                                                                                                MBJ_0039366

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

**Part II    Information on Financial Account(s) Owned Separately  1  of  2**

| | |
|---|---|
| 15 Maximum account value | 442,000 |
| 15a Maximum account value unknown | ☐ |
| 16 Type of account | Securities |
| 17 Financial institution name | Old Park Lane Capital Plc |
| 18 Account number or other designation | AVA01 |
| 19 Address | 49 Berkeley Square |
| 20 City | London |
| 21 State | |
| 22 Foreign postal code | W1J5AZ |
| 23 Country/Region | GB |

**Part II    Information on Financial Account(s) Owned Separately  2  of  2**

| | |
|---|---|
| 15 Maximum account value | 9,319,000 |
| 15a Maximum account value unknown | ☐ |
| 16 Type of account | Securities |
| 17 Financial institution name | Solo Capital Partners LLP |
| 18 Account number or other designation | AVA01 |
| 19 Address | 10 Exchange Square, Primrose Street |
| 20 City | London |
| 21 State | |
| 22 Foreign postal code | EC2A2EN |
| 23 Country/Region | GB |

CONFIDENTIAL                                                                                                         MBJ_0039367

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**

Part III    Information on Financial Account(s) Owned Jointly  1  of  1

## Account Information

| | |
|---|---|
| 15 Maximum account value | |
| 15a Maximum account value unknown | ☐ |
| 16 Type of account | |
| 17 Financial institution name | |
| 18 Account number or other designation | |
| 19 Address | |
| 20 City | |
| 21 State | |
| 22 Foreign postal code | |
| 23 Country/Region | |
| 24 Number of joint owners | |

## Principal Joint Owner Information

| | |
|---|---|
| 25 Taxpayer Identification Number (TIN) | |
| 25 a TIN type | |
| 26 Last name or organization name | |
| 27 First name | |
| 28 Middle name | |
| 28a Suffix | |
| 29 Address | |
| 30 City | |
| 31 State | |
| 32 ZIP/postal code | |
| 33 Country/Region | |

CONFIDENTIAL                                                                                    MBJ_0039368

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

Part IV   Information on Financial Account(s) Where Filer has Signature or Other Authority but No financial Interest in the Account(s)   1   of   1

## Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/Region

## Owner Information

34 Last name or organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

36 First name

37 Middle name

37a Suffix

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

43 Filer's title with this owner

CONFIDENTIAL                                           MBJ_0039369

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.**

Part V    Information on Financial Account(s) Where Filer is Filing a Consolidated Report  1  of  1

### Account Information

| | |
|---|---|
| 15 Maximum account value | |
| 15a Maximum account value unknown | ☐ |
| 16 Type of account | |
| 17 Financial institution name | |
| 18 Account number or other designation | |
| 19 Address | |
| 20 City | |
| 21 State | |
| 22 Foreign postal code | |
| 23 Country/Region | |

### Owner Information

| | |
|---|---|
| 34 Organization name | |
| 35 Taxpayer Identification Number (TIN) | |
| 35 a TIN type | |
| 38 Address | |
| 39 City | |
| 40 State/territory/province | |
| 41 ZIP/postal code | |
| 42 Country/Region | |

CONFIDENTIAL    MBJ_0039370

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION
AND WILL NOT BE PROCESSED BY FINCEN.

Signature  44a Click here  ☒  if this report is completed by a third party preparer, complete the third party preparer section.

| | |
|---|---|
| 44 Filer signature | Please return to the Home tab to sign with PIN. |
| 45 Filer title | |
| 46 Date of signature | (Date of signature will be auto-populated when the report is signed.) |

## Third Party Preparer Use Only

| | | | |
|---|---|---|---|
| 47 Preparer's last name | Ben-Jacob | | |
| 48 First name | Michael | | |
| 49 Middle name/initial | | | |

50 Check ☐ if self employed

| | | | |
|---|---|---|---|
| 51 Preparer's TIN | P01414045 | 51a TIN type | PTIN |
| 52 Contact phone number | 2128368310 | 52a Extension | |
| 53 Firm's name | Kaye Scholer LLP | | |
| 54 Firm's TIN | 131672623 | 54a TIN type | EIN |
| 55 Address | 250 West 55th Street | | |
| 56 City | New York | | |
| 57 State | NY | | |
| 58 ZIP/postal code | 100199710 | | |
| 59 Country/Region | US | | |

CONFIDENTIAL                                    MBJ_0039371