UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:19-cv-01806. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Loggerhead Services LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01806;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v. Loggerhead Services LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01806, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Loggerhead Services LLC Roth 401(K) Plan, Perry Lerner, Richard Markowitz, Robert Klugman, RAK Investment Trust, or Routt Capital Trust in the action captioned *SKAT v. Loggerhead Services LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01806, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

*Loggerhead Services LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01806, with each party to bear its own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Loggerhead Services LLC Roth 401(K) Plan, Perry Lerner, Richard Markowitz, Robert Klugman, RAK Investment Trust, and Routt Capital Trust remain active in the action captioned *SKAT v. Loggerhead Services LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01806.

Dated: New York, New York
       December 15, 2024

By: /s/ *Marc A. Weinstein*                        By: /s/ *Thomas E.L. Dewey*
   Marc A. Weinstein                                   Thomas E.L. Dewey
 HUGHES HUBBARD & REED LLP                          DEWEY, PEGNO & KRAMARSKY, LLP
 One Battery Park Plaza                             777 Third Avenue
 New York, New York 10004-1482                      New York, NY 10017
 Telephone: (212) 837-6000                          Telephone : (212) 943-4325
 Fax: (212) 422-4726                                Fax : (212) 943-4325
 marc.weinstein@hugheshubbard.com                   tdewey@dpklaw.com

 *Counsel for Plaintiff Skatteforvaltningen*        *Counsel for Defendant Michael Ben-Jacob*
 *(Customs and Tax Administration of the*
 *Kingdom of Denmark)*

SO ORDERED:

_____
       Lewis A. Kaplan
    United States District Judge