UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This paper applies to:        Trial 1 Cases

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-6-25

### ORDER CORRECTING TYPOGRAPHICAL
### ERROR IN MEMO ENDORSEMENT (Dkt 1120)

LEWIS A. KAPLAN, *District Judge.*

        The first word of the memorandum endorsement filed as Dkt 1120 is stricken and
replaced with the word "Plaintiff".

        SO ORDERED.

Dated:        January 6, 2025

                        /s/        Lewis A. Kaplan
                        _____
                                Lewis A. Kaplan
                        United States District Judge